March 12, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

OSAMA ABDULLATIF, Appellant

NO. 14-14-00038-CV                                    V.

ERPILE, LLC AND ALI CHOUDHRI, Appellees

_____

This cause, an appeal from the judgment signed December 20, 2013 in favor of appellees Erpile, LLC and Ali Choudhri, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to dismiss without prejudice (1) all of intervenor Ali Choudhri's claims; and (2) all of Osama Abdullatif's claims, with the single exception of Abdullatif's request for a declaration that "Abdullatif is, and has always been, the rightful owner of the membership interest in Erpile."

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellee Ali Choudhri to pay all costs incurred in this appeal.

We further order this decision certified below for observance.